E-FILED
Friday, 22 March, 2013  04:37:02 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the
### Central District of Illinois

**FILED**

MAR 2 2 2013

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>SARAH C. BELOCK<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  13- 6404

## CRIMINAL COMPLAINT

.  I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 13, 2013 _____ in the county of _____ Rock Island _____ in the _____ Central _____ District of _____ Illinois _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 471 | Falsely Making, Forging, Counterfeiting, or Altering a Security or Obligation of the United States. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/s/ Brandon Neely
_____
*Complainant's signature*

Brandon Neely, Special Agent, USSS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Sara Darrow

Date: _March 22, 2013_

_____
*Judge's signature*

City and state: _____ Rock Island, Illinois _____

Hon. Sara Darrow, U.S. District Court Judge
_____
*Printed name and title*

# AFFIDAVIT

I, Brandon Neely, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent with the United States Secret Service and have so been employed since August 2008. I am currently assigned to the United States Secret Service Springfield Resident Office, Quad Cities Domicile where my duties include conducting investigations involving counterfeit U.S. currency, also known as counterfeit Federal Reserve Notes. During my time as a Special Agent with the United States Secret Service, I have received training from the United States Secret Service and Bureau of Engraving and Printing on the manufacturing of government United States currency, detection of counterfeit currency and investigating cases related to counterfeit currency. I have participated in several counterfeit currency investigations, specifically violations of Title 18 U.S.C., Sections 471 and 472.

2. This affidavit is made pursuant to Rule 4 of the Federal Rules of Criminal Procedure to support a criminal complaint charging, **SARAH BELOCK**, of Rock Island, Illinois, with Falsely Making, Forging, Counterfeiting, or Altering a Security or Obligation of the United States, in violation of Title 18, United States Code, Section 471.

3. The following information is known to me or was reported to me by law enforcement officers and/or other witnesses. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

4.  On or about March 13, 2013, Bettendorf (IA) Police Officers were dispatched to the Isle of Capri Casino, in Bettendorf, IA, regarding two individuals, later identified as **SARAH BELOCK** and Pennie Long (aka Wells), passing counterfeit Federal Reserve Notes.

5.  Iowa Division of Criminal Investigations (DCI) advised **SARAH BELOCK** passed at least two counterfeit $10 Federal Reserve Notes while at the Isle of Capri Casino on or about March 13, 2013. A third counterfeit $10 Federal Reserve Note was also recovered and appeared to be passed by **SARAH BELOCK**.

6.  During the initial contact of Pennie Long with Bettendorf Police Officers, Long surrendered two counterfeit $10 Federal Reserve Notes from her purse.

7.  Continuing on March 13, 2013, State of Iowa search warrant was obtained for the vehicle which transported **SARAH BELOCK** to the Isle of Capri Casino. During the search of the vehicle, officers seized among other items, one sheet of four un-cut counterfeit $10 Federal Reserve Notes, which were located inside the purse of **SARAH BELOCK**. Inside the purse, officers also found multiple identification cards belonging to **SARAH BELOCK**. The serial numbers on the sheet of four un-cut counterfeit $10 Federal Reserve Notes matched the serial numbers of the three counterfeit $10 Federal Reserve Notes detailed in paragraph 5. The serial numbers on the sheet of the four un-cut counterfeit $10 Federal Reserve Notes also matched the serial numbers of the two counterfeit $10 Federal Reserve Notes detailed in paragraph 6.

8.  Continuing on March 13, 2013, State of Iowa search warrant was obtained for the cellular phone of **SARAH BELOCK**. During the search of the cellular phone, officers located the following SMS Messages:

3/13/2013 7:42:42 AM (UTC+0)  TO: +13092690191 Long Pennie

"Remember what we were doing last night well I got some 10s to line up perfect r u up"

3/13/2013 7:43:48 AM (UTC+0)  FROM: +13092690191 Long Pennie

"Im game"

3/13/2013 7:48:03 AM (UTC+0)  TO: +13092690191 Long Pennie

"These motherfuckers look so good I wanna do 20s n 50s lol don't want anna knowing what I'm doing"

9.   Also during the search of **SARAH BELOCK**'s cellular phone, officers located an image of a blank sheet of printer paper with what appears to be one printed image of the front of a $20 Federal Reserve Note.  This paper also appeared to have the outline consistent with a Federal Reserve Note below the image of the front of a $20 Federal Reserve Note.

10. Also during the search of **SARAH BELOCK's** cellular phone, officers located an image of what appears to be the back of two $10 Federal Reserve Notes, set on a sheet of printer paper. The image also depicts the printer paper, with the back of two $10 Federal Reserve Notes on it, set on top of what appears to be a black inkjet printer.  The label "EPSON" can be seen on the side of the printer.

11. Also on March 13, 2013, Arthur Leggett, the driver of **SARAH BELOCK** and Pennie Long, was shown the image detailed in paragraph 9.  Arthur Leggett identified the brownish colored carpeted floor, in the background of the image, as being consistent with the carpeted floor located at 1432 41st Street in Rock Island, IL.  Arthurt Leggett stated he currently resides at the same address.  **SARAH BELOCK** also indicated this was her residence while officers obtained her personal history information.

12. Arthur Leggett also stated there is a computer and printer located inside the residence of 1432 41st Street Rock Island, IL.  Based on my training and experience, the counterfeit Federal Reserve Notes seized during this investigation are consistent with counterfeit notes produced by an inkjet printer.

13. Arthur Leggett also stated that he transported **SARAH BELOCK** from Milan, IL to the residence of Pennie Long in East Moline, IL, and thereafter transported **SARAH BELOCK** and Pennie Long to the Isle of Capri Casino in Bettendorf, IA.

14. On March 13, 2013, a State of Illinois search warrant was obtained for 1432 41st Street Rock Island, IL.  During the search officer seized, among other things, at least 38 counterfeit $20 Federal Reserve Notes, multiple scraps of cut and uncut counterfeit $10 Federal Reserve Notes, an Apple Desktop Computer and a black Epson printer.

## CONCLUSION

15. Based on the foregoing, I respectfully request that this Court find probable cause in support of the criminal complaint charging SARAH BELOCK with Falsely Making, Forging, Counterfeiting, or Altering a Security or Obligation of the United States, in violation of 18 U.S.C. § 471, and issue an arrest warrant.

Dated: __3/22/13__          By:     /s/ Brandon Neely

                                Brandon Neely
                                Special Agent
                                United States Secret Service

Subscribed to and sworn to before me on March 22, 2013.
 /s/ Sara Darrow

The Honorable Sara Darrow
United States District Court Judge
Central District of Illinois, Rock Island Division